UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kevin Royer, Kris Henry and Mikhail Lirman on behalf of themselves and all others similarly situated | INDEX#: 11 CIV 8205 |
| against | Plaintiff(s) |
| J.P. Morgan Chase & Co., and J.P. Morgan Chase Bank, N.A. | |
| | Defendant(s) |

## AFFIDAVIT OF SERVICE

State of New York   }
County of New York  } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **11/23/2011** at **10:47 AM** at **1 Chase Manhattan Plaza, New York, New York  10005**

deponent served a(n) **Summons In A Civil Action And Complaint**

on **J.P. Morgan Chase Bank N.A. c/o J.P. Morgan Chase & Co.**,

defendant therein named, a domestic corporation by delivering thereat a true copy to **Jeanette Butler** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Managing Agent** thereof.

Description of Person Served:
Gender : Female
Skin : Black
Hair : Black
Age : 22 - 35 Yrs.
Height : 5' 4" - 5' 8"
Weight : Over 200 Lbs.
Other : Glasses

Sworn to before me this
23th day of November, 2011

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2015

Juan Aguirre
License No. 843839

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279