JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Douglas Weiner
Matthew D. Kadushin
Denise A. Schulman
Joseph Nussbaum

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-22-14

The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
Phone (212) 688-5640
Fax (212) 688-2548
www.JK-LLP.com

August 15, 2014

**VIA ECF**

The Honorable Ronald L. Ellis
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: **Royer v. JPMorgan Chase & Co.**
       **No. 11 Civ. 8205 (LTS) (RLE)**

Dear Judge Ellis:

  Together with Harrison, Harrison & Associates, Ltd. and Bruckner Burch PLLC, we represent the Plaintiffs in the above-referenced class action. We write jointly with the Defendants to respectfully request that the Fairness Hearing in the above captioned matter be adjourned from September 11, 2014 to October 20, 21, or 27, 2014. The purpose of the requested relief would be to allow the Parties to provide due process notice to a small group of class members that inadvertently did not receive notice of the settlement, as set forth below.

  On April 29, 2014, Your Honor approved preliminarily the Parties' Joint Stipulation of Settlement and Release (the "Agreement"). Shortly thereafter, pursuant to the Agreement, Defendants provided the Claims Administrator with the contact information and relevant data for roughly 3,000 Class Members/FLSA Collective Members. Under the Agreement, the deadline for Class Members/FLSA Collective Members to opt-out, object and/or file claim forms was July 22, 2014. The Court scheduled the Fairness Hearing at which Plaintiffs would move for final approval of the settlement for September 11, 2014.

  Defendants recently discovered and notified Plaintiffs' counsel that it inadvertently did not identify the contact information and relevant data for about 370 Class Members/FLSA Collective Members (the "Previously Unidentified Members"). Given that these individuals did not receive proper notice of the Settlement, or an opportunity to opt-out, object and/or file claim forms, the Parties entered into the attached stipulation, which provides that:

- Defendants will provide the contact information to the Claims Administrator by today. Defendants' counsel represented to me earlier today that he has already done so;

- The Claims Administrator will send notice to Previously Unidentified Members on or before August 29, 2014, and Previously Unidentified Members will have until October 3rd to opt-out, object and or file claim forms. The Claims Administrator has represented to me that it can do so; and

- Previously Unidentified Members will be paid from the Unclaimed Funds, which otherwise would have returned to Defendant, and their payout figures will be calculated in such a way that it will not cause any dilution at all to the Class Members/FLSA Collective Members that have filed claim forms.

Given the extended period needed to provide due process notice to the Previously Unidentified Members and the short period of time thereafter to gather the information necessary for final approval, the Parties respectfully request that the Fairness Hearing be extended to October 20, 21, or 27, 2014.

Respectfully submitted,

/s/ D. Maimon Kirschenbaum
D. Maimon Kirschenbaum

Cc: Sam Shaulson, Esq.

*The Fairness Hearing will be held on October 27, 2014, at 10:00 A.M.*

**SO ORDERED**

*[signature]* 8-22-14

**RONALD L. ELLIS    U.S.M.J.**